■ L.B. KAYE INTERNATIONAL REALTY COMMERCIAL SERVICES, INC., Respondent, v 100 VARICK REALTY, LLC, Appellant. [788 NYS2d 611]—

Judgment, Supreme Court, New York County (Barbara R. Kapnick, J.), entered September 25, 2003, after a nonjury trial, awarding plaintiff real estate broker damages in the principal amount of $133,761, unanimously affirmed, without costs.

Inasmuch as the evidence, fairly considered, permitted the trial court, sitting as factfinder, to decide the matter as it did, its determination should not be disturbed (*see Claridge Gardens, Inc. v Menotti*, 160 AD2d 544, 544-545 [1990]; *accord Executive Fashions, Inc. v Howard*, 261 AD2d 159 [1999]). In light of the court's finding that defendant intentionally excluded plaintiff from exercising the exclusive leasing rights it obtained under

the brokerage agreement, plaintiff was entitled to a full commission when defendant leased the premises covered by the agreement on its own. Concur—Andrias, J.P., Friedman, Sullivan, Nardelli and Williams, JJ.